**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 140 WM 2018

          Respondent        :

             v.           :

BRANDON WOLOWSKI,         :

          Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2018, the Emergency Motion/Emergency Petition for Review is DENIED, and the Motion to Quash is DISMISSED as moot.

    Justice Wecht files a concurring statement.